# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135365

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMAAL DOUGLAS,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135365
COA: 279280
Wayne CC: 02-008610

_____/

      On order of the Court, the application for leave to appeal the October 17, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

                        Clerk

p0421